**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 29, 2011.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

————————

## NO. 14-11-00871-CV

————————

**ACTCHEM, INC. and DR. JOHN HANCOCK, Appellants**

**V.**

**VALERO REFINING-TEXAS, L.P., VALERO REFINING COMPANY-TENNESSEE, L.L.C., VALERO REFINING-NEW ORLEANS, L.L.C., and VALERO REFINING COMPANY-NEW JERSEY, Appellees**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-52532**

---

## M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an interlocutory order denying appellants' special appearance signed September 13, 2011. On November 18, 2011, appellants filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.